UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

STAVROULA KORONIS,

                Plaintiff,

-against-

TDC RESTAURANT CORP. d/b/a GREEK CITY, THEODORE CHRISTAKIS and JAMES CHRISTAKIS,

                Defendants.

Civil Action No.:2:19-cv-15421-KSH-CLW

## STIPULATION AND ORDER OF DISCONTINUANCE WITH PREJUDICE

It is hereby stipulated and agreed by and between the undersigned, that whereas no Party hereto is an infant or an incompetent person for whom a committee has been appointed or a conservatee, and no person not a Party has an interest in the subject matter of this action, all claims and cross-claims by or against the Parties in the above entitled action are hereby dismissed and discontinued with prejudice and without attorneys' fees, expenses and costs to any Party.

Dated: 4/24/2020

BLAU LEONARD LAW GROUP, LLC

By: _____
Shelly Leonard, Esq.
111 Town Square Place, Suite 400
Jersey City, New Jersey 07310
(201) 212-6363
*Attorneys for Plaintiff*

WINGET, SPADAFORA AND SCHWARTZBERG, LLP

By: _____
Heidi Gootnick, Esq.
45 Broadway, 32nd Floor
New York, New York 10006
(212) 221-6900
*Attorneys for Defendants*

SO ORDERED this 27th day of April, 2020

_____
Hon. Katharine S. Hayden, U.S.D.J.